UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LORENA G.,[1]<br><br>  Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner,[2]<br><br>  Defendant. | Case No. CV 21-4134-KK<br><br>ORDER TO SHOW CAUSE |

On May 18, 2021, Plaintiff Lorena G. ("Plaintiff") filed a Complaint challenging the denial of Plaintiff's application for Title II Disability Insurance Benefits and/or Title XVI Supplemental Security Income by the Commissioner of the Social Security Administration ("Defendant"). ECF Docket No. ("Dkt.") 1.

On May 19, 2021, the Court issued a Case Management Order ("CMO") instructing Defendant to file a notice of service of the certified administrative record ("CAR") within ninety days of being served with the Complaint. Dkt. 9 at 2 ("The Commissioner shall have **ninety (90) days** from the date of service of the complaint

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

in which to serve a complete copy of the certified administrative record on plaintiff and electronically file a notice of service with the Court." (emphasis in original)).

On May 27, 2021, Plaintiff filed a proof of service of the summons and Complaint showing service on Defendant was completed on May 26, 2021. Dkt. 10. Accordingly, Defendant's notice of service of the CAR was due on August 24, 2021. As of this date, Defendant has not filed a notice of service of CAR in compliance with the Court's CMO.[3]

Defendant is, therefore, ORDERED to (1) show cause in writing why Defendant failed to file a notice of service of the CAR, or (2) file a notice of service of the CAR **on or before September 3, 2021**. Defendant is cautioned failure to timely respond to this Order may result in entry of default, pursuant to Federal Rule of Civil Procedure 55(a), and/or sanctions.

Dated: August 27, 2021

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge

---

[3] The Court notes Defendant has appeared in the action by filing a Notice of Consent to Proceed Before Magistrate Judge. Dkt. 11.