UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 21-4134-KK** | Date: | January 18, 2022 |
| Title: | *Lorena G.*[1] *v. Kilolo Kijakazi*[2] | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders

## I.
## BACKGROUND

On May 18, 2021, Plaintiff Lorena G. ("Plaintiff") filed a Complaint challenging the denial of her application for Title II Disability Insurance Benefits and/or Title XVI Supplemental Security Income by the Commissioner of the Social Security Administration ("Defendant"). ECF Docket No. ("Dkt.") 1.

On May 19, 2021, the Court issued a Case Management Order ("CMO") setting forth various dates, including the date by which Plaintiff was required to serve her portion of a Joint Stipulation on Defendant and the date by which the parties were to file a Joint Stipulation with the Court. Dkt. 9 at 7-8.

On October 14, 2021, Defendant filed an Answer to the Complaint and lodged a copy of the Certified Administrative Record with the Court. Dkts. 17, 18. Accordingly, Plaintiff was required to

---

[1]   Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2]   Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

serve her portion of the Joint Stipulation on Defendant no later than November 18, 2021, and the Joint Stipulation was due to be filed with the Court on or before January 13, 2022.  See dkt. 9.

As of the date of this Order, a Joint Stipulation has not been filed and the parties have not requested an additional extension of time to do so.

## II.
## DISCUSSION

Under Federal Rule of Civil Procedure 41(b), the Court may dismiss an action with prejudice for failure to prosecute or failure to comply with any court order.  See FED. R. CIV. P. 41(b).

Here, the parties have failed to file the Joint Stipulation as ordered by the Court on May 19, 2021.  Consequently, under Rule 41(b), the Court may properly dismiss the instant action with prejudice for failure to prosecute and comply with a court order.  Before dismissing this action, however, the Court will afford Plaintiff an opportunity to explain the failure and immediately file the Joint Stipulation with the Court.

## III.
## ORDER

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with court orders.  Plaintiff shall have **up to and including January 25, 2022**, to respond to this Order.  **Plaintiff is cautioned that failure to timely file a response to this Order will be deemed consent to the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**