1

2

3                                          JS-6

4

5

6                    UNITED STATES DISTRICT COURT

7                    CENTRAL DISTRICT OF CALIFORNIA

8

9

10   LORENA G.,[1]                              Case No. CV 21-4134-KK

11                          Plaintiff,

12          v.                                  JUDGMENT

13   KILOLO KIJAKAZI, Acting
     Commissioner of Social Security,[2]
14
                            Defendant.
15

16

17          Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the

18   decision of the Commissioner of the Social Security Administration is REVERSED,

19   and this action is REMANDED for further administrative proceedings.

20

21   Dated: February 04, 2022

22                                         _____
                                           HONORABLE KENLY KIYA KATO
23                                         United States Magistrate Judge

24

25

26   _____

     [1]      Partially redacted in compliance with Federal Rule of Civil Procedure
27   5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and
     Case Management of the Judicial Conference of the United States.
28
     [2]      Kilolo Kijakazi, Acting Commissioner of Social Security, is substituted as
     Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.